UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE DUTAN, on behalf of himself and
all other persons similarly situated,
Plaintiff:

Docket No.: 24-cv-05717 (CS)

-against-

EL BANDIDO RESTAURANT INC. and
ANGELICA TELLO,

Defendants.

-----------------------------------------------------------------------X

STIPULATION EXTENDING DEADLINE TO ANSWER

WHEREAS the parties engaged in a mediation through the SDNY mediation program on November 14, 2024 and settlement discussion is still ongoing,

WHEREAS the parties believe that it would aid their settlement discussions to avoid an unnecessary expenditure of the Court's time and parties' time and resources on litigation while the parties are still engaged in settlement discussions.

IT IS STIPULATED AND AGREED, that the deadline for Defendants EL BANDIDO RESTAURANT INC. and ANGELICA TELLO (collectively as "Defendants") to answer, move, or otherwise plead in response to Plaintiff's Complaint shall be February 13, 2024.

___/S/__                                    __/S/__
David D. Barnhorn, Esq.              Eli Sarfaty, Esq.
Attorneys for Plaintiff                   Attorneys for Defendants
490 Wheeler Road, Suite 277     80 NY-59 (Rte 59)
Hauppauge, New York 11788     Monsey, NY 10952